IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                       Case No. 17-cv-349-wmc

ESTATE OF JOSEPH P. STELPFLUG
(DECEASED), GARY STELPFLUG,
CHRIS M. STELPFLUG, MOUND CITY
BANK, UNKNOWN HEIRS AND
DEVISEES OF JOSEPH P. STELPFLUG,
and UNKNOWN OWNERS AND
NON-RECORD CLAIMANTS,

    Defendants.

## ORDER FOR SERVICE BY PUBLICATION

On May 10, 2017, the United States filed an action to foreclose a mortgage upon real estate in Grant County, Wisconsin, with the following legal description:

Inlots One Hundred Fifty-four (154), One Hundred Fifty-six (156), One Hundred Fifty-eight (158), One Hundred Sixty (160), One Hundred Sixty-two (162) and One Hundred Sixty-four (164); Also Outlots One Hundred Twenty-nine (129), One Hundred Thirty (130), One Hundred Thirty-two (132), One Hundred Fifty-seven (157), One Hundred Fifty-eight (158), One Hundred Fifty-nine (159), One Hundred Sixty (160), One Hundred Sixty-one (161), One Hundred Sixty-two (162), One Hundred Sixty-three (163), One Hundred Sixty-four (164), One Hundred Eighty-nine (189), One Hundred Ninety (190), One Hundred Ninety-one (191), One Hundred Ninety-two (192), One Hundred Ninety-three (193), One Hundred Ninety-four (194), One Hundred Ninety-five (195) and the North Half (N.1/2) of Outlots Two Hundred Twenty-two (222), Two Hundred Twenty-three (223) and Two Hundred Twenty-four (224) as known, numbered and designated on the recorded map or plat of the Village of Potosi, and being a part of the Subdivision of Section Thirty-four (34), Township Three (3) North, Range Three (3) West of the 4th P.M., Grant County, Wisconsin.

EXCEPTING therefrom commencing at the Northeast corner of said Outlot 129 to a point along the public highway;
thence South along the Section line between Sections 34 and 35, T3N, R3W, in Grant County, Wisconsin, 250 feet;
thence Westerly parallel with the public highway 120 feet;
thence North parallel with said Section line 250 feet to the public highway;
thence East along the public highway 120 feet to the place of beginning.

Also EXCEPTING therefrom commencing at a point where the centerline of East Street in the Village of Potosi according to the recorded map or plat thereof of Section 34, T3N, R3W in Grant County, Wisconsin (presently County Trunk Highway "O") intersects with the East Section line of said Section 34;
thence along said centerline South 87° West 636 feet;
thence along said centerline North 76° 45' West 85 feet to the point of beginning of the parcel to be described;
thence back along said centerline South 76° 45' East 85 feet;
thence along said centerline North 87° East 125 feet;
thence South 185 feet;
thence South 87° West 185 feet;
thence Northwesterly 107 feet to a point 125 feet Southwesterly from the point of beginning;
thence Northeasterly 125 feet to the point of beginning, together with a right of way 30 feet wide West of and along the Westerly line of the above described premises for driveway purposes.

Also EXCEPTING therefrom a part of Section 34, T3N, R3W in the Village of Potosi, Grant County, Wisconsin, described as follows:
Commencing at a point on the centerline of East Street according to the recorded map or plat thereof of said Section 34 (presently County Trunk Highway "O") at its intersection with the East Section line of said Section 34;
thence along said centerline South 87° West 636 feet;
thence along said centerline North 76° 45' West 160 feet to the point of beginning;
thence along said centerline North 76° 45' West 220 feet;
thence South 13° 15' West 145 feet;
thence South 76° 45' East 240 feet;
thence Northeasterly 145 feet, more or less, to the point of beginning.

Also EXCEPTING therefrom commencing at a point on the centerline of East Street according to the recorded map or plat of said Section 34,

(presently County Trunk Highway "O") at its intersection with the East Section line of said Section 34;

thence along said centerline South 87° West 636 feet;

thence along said centerline North 76° 45' West 380 feet to the point of beginning;

thence South 13° 15' West 145 feet;

thence North 76° 45' West 214 feet, more or less, to the Easterly line of Inlot 152 in said Section 34;

thence North 13° 15' East 145 feet along the Easterly line of said Inlot 152 extended to a point on said centerline;

thence South 76° 45' East 214 feet, more or less, along said centerline to the point of beginning.

Also EXCEPTING therefrom a piece or parcel of land in the Village of Potosi, Grant County, Wisconsin, described as follows:

Commencing at a point where the centerline of East Street in the Village of Potosi according to the recorded map or plat of Section 34, T3N, R3W in Grant County, Wisconsin, (presently County Trunk Highway "O") intersects with the East Section line of said Section 34;

thence along said centerline South 87° West 411 feet to the point of beginning of the parcel to be described;

thence along said centerline South 87° West 100 feet;

thence South 125 feet;

thence North 87° East 100 feet;

thence North 125 feet to point of beginning.

Also EXCEPT a parcel of land conveyed to Paul J. Schumacher and Susan J. Kopp, as joint tenants, by Warranty Deed recorded in Volume 717 of Records, page 533 described as follows:

Part of Outlot 160 and Outlot 129 in the Village of Potosi according to the recorded map or plat of Section 34, T3N, R3W of the 4th P.M., Grant County, Wisconsin, described as follows:

Commencing at the Northeast corner of Lot 129 of the Subdivision of Section 34, T3N, R3W of the 4th P.M., Grant County, Wisconsin;

thence South 87° 00' 00" West 126.20 feet along the South line of East Street to the point of beginning;

thence South 00° 46' 11" East 125.09 feet;

thence South 87° 00' 00" West 150.00 feet;

thence North 00° 46' 11" West 125.09 feet to the South line of East Street;

thence North 87° 00' 00" East 150.00 feet along the South line of East Street to the point of beginning.

Also EXCEPTING a parcel of land conveyed to Charles J. Ragatz and Martha E. Ragatz, husband and wife, as survivorship marital property, by

Warranty Deed recorded in Volume 717 of Records, page 534 described as follows:
Commencing at the Northeast corner of Outlot 129 of the Subdivision of Section 34, T3N, R3W of the 4th P.M., Grant County, Wisconsin;
thence South 87° 00' 00" West 120.00 feet along the South line of East Street to the point of beginning;
thence South 00° 00' 00" East 241.24 feet;
thence South 87° 00' 00" West 2.96 feet;
thence North 00° 46' 11" West 241.09 feet to the South line of East Street;
thence North 87° 00' 00" East 6.20 feet along the South line of said Street to the point of beginning.

The United States has now filed a motion for an Order for Service by Publication, pursuant to 28 U.S.C. § 1655, directing Defendants Unknown Heirs and Devisees of Joseph P. Stelpflug, and Unknown Owners and Non-Record Claimants, to appear or plead by August 8, 2017.

Upon the motion of the United States and all documents filed herein,

IT IS ORDERED that this Order be published in the <u>Grant County Herald Independent</u>, a newspaper published in the City of Lancaster, Grant County, Wisconsin, once each week for six successive weeks, prior to July 28, 2017.

IT IS FURTHER ORDERED that Defendants Unknown Heirs and Devisees of Joseph P. Stelpflug, and Unknown Owners and Non-Record Claimants, appear or plead to the Complaint filed herein on or before August 8, 2017. If the absent Defendants fail to appear or plead by August 8, 2017, the Court will proceed to the hearing and adjudication of this foreclosure action as if said Defendants had been served with process.

Dated this 8th day of June, 2017.

BY THE COURT:

/s/ William M. Conley

WILLIAM M. CONLEY
United States District Judge
Western District of Wisconsin