IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

          Plaintiff,

    v.                                  Case No. 17-cv-349-wmc

ESTATE OF JOSEPH P. STELPFLUG
(DECEASED), GARY STELPFLUG,
CHRIS M. STELPFLUG, MOUND CITY
BANK, UNKNOWN HEIRS AND
DEVISEES OF JOSEPH P. STELPFLUG,
and UNKNOWN OWNERS AND
NON-RECORD CLAIMANTS,

          Defendants.

## ORDER OF DISMISSAL

Upon the motion of Plaintiff United States of America, and upon all of the pleadings and the record herein,

IT IS ORDERED:

    1.     The United States claims are dismissed in their entirety with prejudice.

    2.     Defendants Gary Stelpflug and Chris Stelpflug's counterclaim for unjust enrichment (Count I, ECF No. 23) is dismissed with prejudice.

    3.     Defendants Gary Stelpflug and Chris Stelpflug's counterclaims for negligent misrepresentation, strict liability misrepresentation, and intentional interference with contract (Counts II, III, and IV, respectively, ECF No. 23) are

dismissed without prejudice.

4. Except with regard to costs that have already been paid as part of an agreement reached by the parties in this case, the parties will each bear their own costs and fees of this action.

Entered this 23rd day of July, 2018.

BY THE COURT:

WILLIAM M. CONLEY
United States District Judge
Western District of Wisconsin